■ ESTHER SUMPTER, Appellant, v NATIONAL RAILROAD PASSENGER CORPORATION, Respondent. [679 NYS2d 810] —Appeal from order, Supreme Court, New York County (David Saxe, J.), entered on or about July 23, 1996, which granted defendant's motion during trial to dismiss plaintiff's second cause of action, unanimously dismissed, without costs.

The appeal from the intermediate order must be dismissed by reason of the subsequent entry of a final judgment in defendant's favor (*Bingham v Struve*, 245 AD2d 154). Concur—Milonas, J. P., Rosenberger, Williams and Tom, JJ.